**40 Wall Street**
**Suite 2508**
**New York, New York 10005**

**Telephone (212) 688-1100**
**Facsimile (212) 706-9362**
**Email: Hearings@RollerEsq.com**

---

January 4, 2022

**VIA ECF**

Hon. Ona T. Wang
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

Application GRANTED. The January 13, 2022
conference is adjourned to February 23, 2022
at 2:00 p.m. The parties are directed to submit a
joint status letter on February 4, 2022.

Re:     *A.B., et al. v New York City Department of Education*
        Case no. 1:21-cv-06676 (JFM)(OTW)

**Ona T. Wang**                    1/6/22
United States Magistrtae Judge

Dear Judge Wang:

Please be advised that this firm represents the Plaintiffs in the above action, wherein brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful.

As per the Court's December 16, 2021 Order (Dkt no. 26), there is an in-person settlement conference scheduled on Thursday, January 13, 2022 at 11:30 am before your Honor. I will be out of the office on January 13, 2022 on a scheduled vacation, therefore I am writing to request an adjournment of the in-person settlement conference to February 23, 2022. Defendant's counsel consents to this adjournment.

I also write to advise the Court Defendant submitted a settlement offer on December 13, 2021 and plaintiffs responded with a counter offer on January 3, 2022. The parties remain optimistic that this matter can be settled without any additional intervention from the Court and request that the parties submit a joint status letter regarding settlement on or before February 4, 2022 so we can continue to negotiate in this matter.

Thank you in advance for the Court's consideration.

Respectfully submitted,

s/
Irina Roller
*Attorney for the Plaintiff*

cc:     Peter L. Germanakos, Esq. (*via ECF*)
        Martin Bowe (*via ECF*)
        *Corporation Counsel, City of New York Law Department*